BONNIE-B Co., Inc., v. GIGUET et al. (Circuit Court of Appeals, Second Circuit. November 10, 1920.) No. 57. Appeal from the District Court of the United States for the Southern District of New York. Suit in equity by Bonnie-B Company, Incorporated, against Julien Giguet and the F. W. Woolworth Company. Decree for defendants, and plaintiff appeals. Affirm-

*Certiorari granted 254 U. S. ——, 41 Sup. Ct. 449, 65 L. Ed. ——. Writ recalled and certiorari denied 254 U. S. ——, 41 Sup. Ct. ——, 65 L. Ed. ——.

ed. For opinions below, see 269 Fed. 272, 275. Steuart & Perry, of New York City (J. L. Steuart and Sidney Perry, both of New York City, of counsel), for appellant. Rogers, Kennedy & Campbell, of New York City (D. Campbell and Martin A. Schenck, both of New York City, of counsel), for appellee Giguet. Davies, Auerbach & Cornell, of New York City, for appellee F. W. Woolworth Co. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.